```
                    UNITED STATES DISTRICT COURT
                   EASTERN   DISTRICT OF WASHINGTON
```

MADHUKAR RANA,                    )
                                  )    NO.  CV-10-370-JPH
                                  )
          Plaintiff,              )
                                  )    ORDER OF JUDGMENT
   -vs-                           )
                                  )
BAINS INVESTMENTS INC., a         )
Washington corporation d/b/a      )
FLYING B7 GAS STATION, and        )
GAGANDEEP BAINS, individually,    )
                                  )
                                  )
          Defendants.             )
_____ )

Following a bench trial,

THE COURT found the Defendants are jointly and severally liable for the judgment; that Defendants wilfully failed to pay regular and overtime wages to Plaintiff as required by federal and state law, entitling Plaintiff to a judgment for twice the amount of unpaid regular and overtime wages as double damages owed under Washington law; and that Plaintiff is entitled to recover costs of the lawsuit and attorney fees.

**IT IS ORDERED** that Plaintiff Madhukar Rana recover from the Defendants Bains Investments, Incorporated, and Gagandeep Bains jointly and severally the amount of **$17,753.64** for unpaid regular and overtime wages owing under Washington law, with post judgment interest at the rate of **0.17 per cent**, along with costs of the lawsuit and reasonable attorney's fees as allowed by law. Plaintiff's counsel

ORDER OF JUDGMENT  - 1

shall file a fully supported application for an award of fees and costs within 30 days of entry of this judgment.

DATED this 12th day of March, 2012.

<u>S/ James P. Hutton</u>

JAMES P. HUTTON

UNITED STATES MAGISTRATE JUDGE

ORDER OF JUDGMENT   - 2