

The Honorable James P. Hutton

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| MADHUKAR RANA,<br><br>Plaintiff,<br><br>v.<br><br>BAINS INVESTMENTS, INCORPORATED, a Washington Corporation, d/b/a FLYING B7 GAS STATION, and GAGANDEEP BAINS, individually,<br><br>Defendants. | No. 2:10-CV-00370-JPH<br><br>JUDGMENT ON WRIT OF GARNISHMENT |

The Court finds that defendant Gagandeep Bains was a depositor with a financial institution account at Coulee Dam Federal Credit Union at the time Coulee Dam Federal Credit Union was served with the June 2012 writs of

JUDGMENT AND ORDER TO PAY- 1

garnishment issued in this case. The Court also finds that defendants were properly and timely served with notice of the writs issued on June 12, 2012 and June 18, 2012, as required by law. No meritorious claim of exemption has been filed as to the funds in that account at the time the writs were served on the garnishee.

The filed answers of garnishee Coulee Dam Federal Credit Union establish it was indebted to defendant Gagandeep Bains in the nonexempt amount of $17,760.67 when served with the first writ on June 18, 2012; and that it was indebted to defendant Gagandeep Bains in the separate non-exempt amount of $70,001.12 when served with the second writ on June 22, 2012.

It is hereby ORDERED that plaintiff is awarded judgment against garnishee Coulee Dam Federal Credit Union in the amount of $ 87,761.79; that garnishee Coulee Dam Federal Credit Union shall pay this judgment amount to plaintiff's attorney Gary M. Smith, 1310 N. 5th Ave. Suite B, Pasco WA 99301 within two business days after garnishee's receipt of a copy of this judgment, and if any payment is received by the clerk of the court, the clerk shall forthwith disburse such payment to plaintiff's attorney. Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

IT IS SO ORDERED.

Date: 7/9/12

*[signature: James P. Hutton]*

James P. Hutton

UNITED STATES MAGISTRATE JUDGE