UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MADHIKAR RANA,<br><br>      Plaintiff,<br><br>  v.<br><br>BAINS INVESTMENTS, INCORPORATED, a Washington Corporation, d/b/a FLYING B7 GAS STATION, and GAGANDEEP BAINS, individually,<br><br>      Defendants. | No. CV-10-370-JPH<br><br>JUDGMENT FOR FEES AND COSTS<br><br><br>CLERK'S ACTION REQUIRED |

THIS MATTER came before the Court on July 9, 2012 for hearing on Plaintiff's oral motion to hold Defendant Gagandeep Bains in contempt for failure to provide documents as required by the Court's June 26, 2012, order (**ECF No. 201).** After the July 9, 2012 hearing, the Court granted Plaintiff's motion for contempt and awarded terms to Plaintiff, including the cost of attending the July 9, 2012 hearing (ECF No. 2l2). Subsequently, Plaintiff's counsel submitted a proposed order.

The Court finds Plaintiff's counsel Gary M. Smith necessarily expended 4.50 hours of attorney time without benefit to Plaintiff as the result of defendant Bains' contempt of the Court's June 26, 2012 order to produce documents. The Court finds Plaintiff's counsel has excluded from that total fees and costs listed in ECF No. 207 related

ORDER GRANTING EX PARTE MOTION FOR
WRIT OF GARNISHMENT - 1

to collection efforts not directly affected by Defendant's contempt. Previously this Court found the reasonable hourly value of Mr. Smith's work in this Court is $300.00 per hour. The Court also finds the Northwest Justice Project incurred $50.00 in court reporter costs for the July 9, 2012 hearing.

Accordingly,

**IT IS ORDERED:**

1. Northwest Justice Project shall recover costs and fees against Defendant Gagandeep Bains as terms for his contempt of this Court's June 26, 2012 order.

2. Northwest Justice Project is awarded judgment against Defendant Gagandeep Bains in the amount of $1,400.00, costs and fees inclusive, to bear interest from the date of this entry until paid.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to the parties.

DATED this 10th day of July, 2012.

                          S/ James P. Hutton
                          JAMES P. HUTTON
                   UNITED STATE MAGISTRATE JUDGE

ORDER GRANTING MOTION FOR CITATION FOR DEFENDANT GAGANDEEP BAINS TO APPEAR RE: ANSWER TO WRIT OF GARNISHMENT - 2