

The Honorable James P. Hutton

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| MADHUKAR RANA,<br><br>        Plaintiff,<br><br>v.<br><br>BAINS INVESTMENTS, INCORPORATED, a Washington Corporation, d/b/a FLYING B7 GAS STATION, and GAGANDEEP BAINS, individually,<br><br>        Defendants<br><br>and<br><br>COULEE DAM FEDERAL CREDIT UNION,<br><br>        Garnishee Defendant. | No. 2:10-CV-00370-JPH<br><br>JUDGMENT ON WRIT OF GARNISHMENT |

*JUDGMENT AND ORDER TO PAY- 1*

This matter came on for hearing on July 31, 2012 on plaintiff's July 24, 2012 motion for a judgment against garnishee defendant Coulee Dam Federal Credit Union for $37,952.36 as specified in its July 24, 2012 answer to the writ of garnishment entered in this matter on July 18, 2012.

The Court finds from the answer of Garnishee Defendant Coulee Dam Federal Credit Union that defendant Gagandeep Bains was a depositor with a financial institution account at Coulee Dam Federal Credit Union at the time Garnishee Defendant was served with the July 18, 2012 writ of garnishment. The Court also finds that defendants were properly and timely served as required by law with notice of the writ issued on July 18, 2012. No claim of exemption has been filed as to the funds in that account at the time the writ were served, nor did defendant Gagandeep Bains establish any such exemption at the hearing.

It is hereby ORDERED that plaintiff is awarded judgment against garnishee defendant Coulee Dam Federal Credit Union in the amount of $37,952.36; that garnishee defendant Coulee Dam Federal Credit Union shall pay this judgment amount to plaintiff's attorney Gary M. Smith, 1310 N. 5th Ave. Suite B, Pasco WA 99301 within two business days after receipt of a copy of this judgment, and if any payment is received by the clerk of the court, the clerk shall forthwith disburse such payment to plaintiff's attorney. Garnishee Defendant is advised that the

failure to pay its judgment amount may result in execution of the judgment, including garnishment.

    IT IS SO ORDERED.

Date: 7/31/12

                                        James P. Hutton
                                        UNITED STATES MAGISTRATE JUDGE