UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MADHIKAR RANA,<br><br>  Plaintiff,<br><br>  v.<br><br>BAINS INVESTMENTS, INCORPORATED, a Washington Corporation, d/b/a FLYING B7 GAS STATION, and GAGANDEEP BAINS, individually,<br><br>  Defendants,<br><br>and<br><br>COULEE DAM FEDERAL CREDIT UNION,<br><br>  Garnishee. | No. CV-10-370-JPH<br><br>JUDGMENT ON WRIT OF GARNISHMENT |

   THIS MATTER came before the Court on October 29, 2012 on plaintiff's October 3, 2012 motion for judgment against garnishee defendant Coulee Dam Federal Credit Union for $4,768.31 as specified in its September 20, 2012 answer to the writ of garnishment filed October 1, 2012. **ECF No. 242.**

   The Court finds from the answer of garnishee defendant Coulee Dam Federal Credit Union, **ECF No. 237**, defendant Gagandeep Bains was a depositor with a financial institutional account at Coulee Dam Federal Credit Union when it was served with the September 17, 2012 writ of garnishment. The Court also finds that defendants were properly and timely served with notice of the writ issued on September 17, 2012 as

JUDGMENT ON WRIT OF GARNISHMENT - 1

required by law. No meritorious claim of exemption has been filed as to the funds in that account at the time the writ was served on the garnishee, nor did defendant Gagandeep Bains establish any such exemption at the hearing.

**IT IS HEREBY ORDERED** that plaintiff is awarded judgment against garnishee Coulee Dam Federal Credit Union in the amount of $4,768.31; that garnishee Coulee Dam Federal Credit Union shall pay this judgment amount to plaintiff's attorney, Patrick M. Pleas, 300 S. Okanogan Avenue, Suite 3-A, Wenatchee, WA 98901 within two business days after garnishee's receipt of a copy of this judgment, and if any payment is received by the clerk of the court, the clerk shall forthwith disburse such payment to plaintiff's attorney. Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

**IT IS ORDERED:**

Plaintiff's motion for judgment against garnishee defendant Coulee Dam Federal Credit Union, **ECF No. 242, in the amount of $4,736.31, is GRANTED**.

The District Court Executive is directed to enter this Judgment and provide copies to the parties.

DATED this 30th day of October, 2012.

                                               S/ James P. Hutton
                                                 JAMES P. HUTTON
                          UNITED STATE MAGISTRATE JUDGE

JUDGMENT ON WRIT OF GARNISHMENT - 2