UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MADHIKAR RANA,<br><br>        Plaintiff,<br><br>  v.<br><br>BAINS INVESTMENTS, INCORPORATED, a Washington Corporation, d/b/a FLYING B7 GAS STATION, and GAGANDEEP BAINS, individually,<br><br>        Defendants,<br>and<br><br>COULEE DAM FEDERAL CREDIT UNION,<br><br>        Garnishee. | No. CV-10-370-JPH<br><br>JUDGMENT ON WRIT OF GARNISHMENT |

    This matter came on for hearing on November 30, 2012 on plaintiff's motion for a judgment against garnishee defendant Coulee Dam Federal Credit Union for $2,268.25 as specified in its November 15, 2012 Answer to the Writ of Garnishment entered on November 13, 2012. ECF No. 254 and declaration of plaintiff's counsel.

    The Court finds from the Answer of garnishee defendant Coulee Dam Federal Credit Union, ECF No. 257, that defendant Gagandeep Bains was a depositor with a financial institution account at Coulee Dam Federal Credit Union at the time they were served with the November 13, 2012 writ of garnishment. The Court also finds that defendants were

ORDER GRANTING MOTION TO EXPEDITE - 1

properly and timely served with notice of the writ issued on November 13, 2012, as required by law. No meritorious claim of exemption has been filed as to the funds in that account at the time the writ was served on the garnishee.

**IT IS HEREBY ORDERED** that plaintiff is awarded judgment against garnishee Coulee Dam Federal Credit Union in the amount of $2,268.25; that garnishee Coulee Dam Federal Credit Union shall pay this judgment amount to plaintiff's attorney Patrick M. Pleas, 300 S. Okanogan Avenue, Suite 3-A, Wenatchee, WA 98801 within two business days after garnishee's receipt of a copy of this judgment, and if any payment is received by the clerk of the court, the clerk shall forthwith disburse such payment to plaintiff's attorney. Garnishee is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to the parties.

DATED this 21st day of December, 2012.

                                          S/ James P. Hutton
                                          JAMES P. HUTTON
                                  UNITED STATE MAGISTRATE JUDGE

ORDER DENYING MOTION TO WITHDRAW - 2